**FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-21-0000491
27-FEB-2025
09:28 AM
Dkt. 53 OCOR**

NO. CAAP-21-0000491


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


STATE OF HAWAIʻI, Plaintiff-Appellee,
v.
BRYSON JAY KELIIKU POLOLEI NAGAMINE, Defendant-Appellant


APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CASE NO. 5CPC-21-0000005)


ORDER OF CORRECTION
(By: Nakasone, J., for the court[1])

IT IS HEREBY ORDERED that the Opinion of the Court entered on February 26, 2025 (docket no. 51) in the above case is hereby corrected as follows:

---

[1]    Wadsworth, Presiding Judge, Nakasone and McCullen, JJ.

On page 10, footnote 8, 6th line, after the word "due," the word "process" should be insert so that as corrected, the text reads:  "due process because there is no . . . "

The clerk of the Court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawaiʻi, February 27, 2025.

FOR THE COURT:

/s/ Karen T. Nakasone
Associate Judge